## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERESA BELLER,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WACKS LAW GROUP,<br><br>*Defendant*. | Civil Action No. 24-cv-08671<br><br>**ORDER OF DISMISSAL**<br><br>March 17, 2025 |

This matter having been reported settled and the Court having administratively terminated the action for 60 days so that the parties could submit the papers necessary to terminate the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the 60-day time period having passed without the Court having received the necessary papers;

**IT IS** on this 17th day of March 2025,

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:  Clerk
cc:    Jessica S. Allen, U.S.M.J.
       Parties