IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THERESA BELLER**, on behalf of herself and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**THE WACKS LAW GROUP, LLC**,<br><br>Defendant. | Case No. 2:24-cv-08671<br><br># ORDER |

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Theresa Beller hereby gives notice that her claims in this action against Defendant The Wacks Law Group, LLC, are voluntarily dismissed with prejudice as it relates to the following case: *Beller v. The Wacks Law Group, LLC,* No. 2-24-cv-08671, with each party to bear its own costs and attorneys' fees. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: April 23, 2025

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560

1

(405) 239-2112 (facsimile)
wbf@federmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ William B. Federman
William B. Federman

**SO ORDERED:**

Dated: April 28, 2025

/s/ Jamel K. Semper
HON. JAMEL K. SEMPER
UNITED STATES DISTRICT JUDGE